Keith J. Hudson
503 U.S. 1
112 S.Ct 995
117 L.Ed.2d 156

United States District Court
Civil action Section 1983
Cruel and Unusual Punishment
Unlawful use of Force

Devon E Starks
    vs
Corporal J. Wells
Vigo County Security Center
Officer Rogers
Officer Mawi
Officer Rushe
Officer Quato
Officer Kellams
Vigo County nurse Sheila -

**FILED**
04/27/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-211-JPH-MKK

On the day of 12-23-22 corporal J. Wells and other officers escorted me to a Paddit room slammed me on the ground and caused injury to my right ear. I suffered pain and injury while housed in the Paddit room for 3 days with no water and had to use the rest room by Poopping in a Drainhole. then i suffered by having a bug In my Ear that caused damage internally Pictures are available thru medical. they refused to give me my records so Im asking the court to supheno my (records-medical) this J. Wells officer use great force on me by holding my face sideways on my ear in the Paddit room floor on the urin floor and smashed it in causing injury and Pain

nurse sheila gave me the wrong meds and caused my ear to worsten. it took them almost a month to see me given me antibiotics didnt do anything but worst my injury 3 different antibiotics was given to me

officer Rogers try to break my arm on 3-18-23 their video footage of this incident they refused me medical attention for my arm so i kept a paper trail on the dates i ask to be seen

3-19-23    5:17 pm
3-20-23    5:19 pm
3-21-23    7:30 pm
3-22-23    8:41 pm
3-23-23    4:30 pm
3-24-23    9:46 pm
3-25-23    5:00 pm

Im asking the court to waiv file fee point me a attorney due to funds i dont have
i been treated unjustice
no mental Health meds
no mental Health treatment
i was refused mental Health by Tammy
theres more to this behavior but this sum it up on cruel unusual punishment and violation of my rights 8th amendment
g/so