UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVON E. STARKS, | ) |
|        Plaintiff, | ) |
| v. | ) No. 2:23-cv-00211-JPH-MKK |
| J. WELLS, ROGERS, SHEILA, | ) |
|        Defendants. | ) |

**ORDER DISMISSING CASE AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff initiated this case by filing a complaint. Dkt. 1. At the time, he was incarcerated at the Vigo County Jail. *Id.* After he filed the complaint, the Court sent him several documents, including a Notice of Deficiency directing him to resolve the filing fee for the case, dkt. 4, and a Notice to Pro Se Litigant, dkt. 5. The Notice to Pro Se Litigant informed Plaintiff that he was required to report any change of address within 10 days of any change and that, if he failed to keep the Court informed of his current address, the action would be subject to dismissal. Dkt. 5. Those mailings were never returned, and Plaintiff filed a motion for leave to proceed *in forma pauperis* in response to the Notice of Deficiency, suggesting that he received them. *See* dkt. 7.

After the Court granted Plaintiff leave to proceed *in forma pauperis*, it screened his complaint. Dkt. 10. That mailing was returned to the Court with a notation that Plaintiff was no longer housed at the Vigo County Jail. Dkt. 14.

1

The Jail's website also indicates that Plaintiff is not currently housed there.[1] More than two months have passed since the Screening Order was returned to the Court, and Plaintiff has not yet updated his address with the Court, as required by the Notice to Pro Se Litigant.

Plaintiff's inaction shows he has abandoned this case. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

Plaintiff has not updated his address with the Court, so it cannot send him a copy of this Order or the Final Judgment. The **clerk is directed** to provide him with one free copy of this Order and the Final Judgment upon his request.

Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 1/23/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEVON E. STARKS

[no current address available; copy provided on request]

All electronically registered counsel

---

[1] *See* https://vigosheriff.in.gov/department/index.php?structureid=10 (last visited Jan. 22, 2024).