UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DEVON E. STARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00211-JPH-MKK |
| | ) |
| J. WELLS, | ) |
| ROGERS, | ) |
| SHEILA, | ) |
| | ) |
| Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed **without prejudice**.

Date: 1/23/2024

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DEVON E. STARKS
[no current address available; copy provided on request]

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com